No. 268. BROWN *v.* ILLINOIS. Appeal from the Supreme Court of Illinois. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question.

No. —, Original. ARKANSAS *v.* TEXAS ET AL. This case is set for hearing on the motion for leave to file the complaint and return to rule to show cause, 345 U. S. 954, each side to be allowed thirty minutes for oral argument. *Tom Gentry,* Attorney General of Arkansas, for complainant. *John Ben Shepperd,* Attorney General of Texas, and *William H. Holloway* and *Marietta McGregor Creel,* Assistant Attorneys General, for defendants.

No. 39. WILKO *v.* SWAN ET AL., DOING BUSINESS AS HAYDEN, STONE & Co., ET AL. Certiorari, 345 U. S. 969, to the United States Court of Appeals for the Second Circuit. The motion of the Solicitor General, on behalf of the Securities and Exchange Commission, for leave to appear and present oral argument, as *amicus curiae,* is granted.